UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
1:01 pm, Jul 08, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Mung Kimko, individually and on behalf of all others similarly situated,

              Plaintiff,

-against-

Dynamic Recovery Solutions, LLC and LVNV Funding, LLC,

              Defendant.

Case No: 2:20-cv-01109-GRB-ST

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 6, 2020

| | |
|---|---|
| **GORDON & REES, LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Peter Siachos | By: /s Craig B. Sanders |
| Peter Siachos, Esq. | Craig B. Sanders |
| 18 Columbia Turnpike, Suite 200 | 100 Garden City Plaza, Suite 500 |
| Florham Park, New Jersey 07932 | Garden City, New York 11530 |
| Tel: (973) 549-2500 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 117486 |
| | *Attorneys for Plaintiff* |

Dated: 7/8/2020
So Ordered. The Clerk of Court is directed to close this case.
***/s/ Gary R. Brown***
GARY BROWN, U.S.D.J.